```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
DONOGHUE, et al.,                        :
                                         :
                 Plaintiffs,             :
         -v-                             :         23cv7772(DLC)
                                         :
NEXTNAV, INC., et al.,                   :            ORDER
                 Defendants.             :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the plaintiffs' letter dated October 18, 2023, it is hereby

ORDERED that the deadline for the defendant and nominal defendant to answer, move, or otherwise respond to the complaint is extended to January 5, 2024.

IT IS FURTHER ORDERED that the initial pretrial conference is rescheduled to January 11, 2024 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         October 19, 2023

                                    _____
                                             DENISE COTE
                                    United States District Judge