January 24, 2024

**Via ECF (copy by Federal Express *w/ enclosures*)**
Hon. Denise L. Cote (U.S.D.J.)
U.S. District Court—S.D.N.Y.
500 Pearl Street (Room 1910)
New York, NY 10007

Re: *Donoghue*, et. al., v. *NextNav, Inc.,* et. al., No. 23-cv-7772-DLC

**[Proposed] Scheduling Order**

Your Honor:

In advance of the Initial Pre-Trial Conference (IPTC) is currently scheduled for this Friday, January 26, 2024, at 3:30 PM (to be held by phone), the parties jointly submit this Proposed Scheduling Order. A copy of the pleadings (Plaintiffs' Complaint, and Answers filed by Defendant, and Nominal Defendant) are being delivered to Chambers via Federal Express together with a copy of this Proposed Scheduling Order, in accordance with the Court's IPTC Order and Individual Rules of Practice.

| Event | Deadline |
|---|---|
| Initial Disclosures Exchanged | February 9, 2024 |
| Initial Discovery Requests Exchanged | February 23, 2024 |
| Deadline to Amend Pleadings or Join Parties | February 26, 2024 |
| Depositions deadline | April 19, 2024 |
| RFA's, Interrogatories Exchanged | May 1, 2024 |
| Fact Discovery Cutoff | May 28, 2024 |
| Expert Notification Deadline | May 28, 2024 |
| Expert Discovery Deadline | June 28, 2024 |
| Summary Judgment Deadline | July 1, 2024 (if no expert discovery); *or* August 1, 2024 (if expert discovery) |

Respectfully submitted,

*/s/ Miriam Tauber*
Miriam Tauber
Miriam Tauber Law PLLC
*Attorney for Plaintiffs*

*/s/ Stephen Topetzes*
Stephen Topetzes
K&L Gates LLP
*Attorney for Defendant*
Timothy M. Presutti

\* Nominal Defendant NextNav, Inc. does not oppose this Proposed Scheduling Order. Counsel for Nominal Defendant is cc'd via ECF.