```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
DONOGHUE, et al.,                        :
                                         :
                    Plaintiffs,          :
         -v-                             :         23cv7772(DLC)
                                         :
NEXTNAV, INC., et al.,                   :            ORDER
                    Defendants.          :
---------------------------------------- X
```

DENISE COTE, District Judge:

    As set forth at the telephonic pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on January 26, 2024, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by February 9, 2024.

2. No additional parties may be joined or pleadings amended after February 16, 2024.

3. This case will be referred to mediation to occur in March 2024. The Clerk of Court will contact the parties when a mediator has been selected.

4. Initial interrogatories and Requests pursuant to Rule 34, Fed. R. Civ. P., may not be served after February 16, 2024.

5. Any depositions must occur by April 19, 2024.

6. Any party seeking expert discovery shall submit a letter by April 19, 2024 proposing a schedule for expert discovery.

7. The following motion will be served by the dates indicated below.

   Any motion for summary judgment:

   - Motion served by May 17, 2024
   - Opposition served by June 7, 2024
   - Reply served by June 21, 2024

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

8. In the event no motion is filed, the Joint Pretrial Order must be filed by May 17, 2024.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

SO ORDERED:

Dated:  New York, New York
        January 26, 2024

_____
DENISE COTE
United States District Judge